IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD ARROWOOD,

      Petitioner,

vs.                                      CASE NO. 5:06cv236/RS-MD

WALTER A. MCNEIL, Secretary of
Florida Department of Corrections,

      Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 17) and Petitioner's Response to Report And Recommendation (Doc. 18). I have reviewed the objections in Petitioner's response *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and is incorporated in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc. 1), which challenges the convictions and sentences in *State of Florida v. Ronald Arrowood* in the Circuit Court of Bay County, Florida, Case No. 00-917, is denied.

3. The clerk is directed to close the file.

**ORDERED** on April 15, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**